IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TEXTRON FINANCIAL CORP., | CASE NO. CV-F-05-0544 REC LJO |
| Plaintiff, | **ORDER SETTING STATUS CONFERENCE RE DEFAULT JUDGMENT** |
| vs. | Date:  January 9, 2006 |
| WILLIAM R. DOWLING, | Time:  8:30 a.m. |
| Defendant. | Dept.:  6 (LJO) |

On September 28, 2005, the clerk of this Court entered default against defendant William R. Dowling. Plaintiff Textron Financial Corporation has not yet moved the Court for default judgment. Accordingly, this Court sets a status conference for January 9, 2006 at 8:30 a.m. in Department 6 of this Court. At the time of the status conference, plaintiff should be prepared to explain the delay in making the appropriate motion. If plaintiff files its motion for default judgment before the status conference, the conference will be automatically vacated.

IT IS SO ORDERED.

**Dated:   November 29, 2005**            /s/ Lawrence J. O'Neill
b9ed48                                          UNITED STATES MAGISTRATE JUDGE