1   ROBERT E. BLUE #117548
    COLEMAN & HOROWITT, LLP
2   Attorneys at Law
    499 West Shaw, Suite 116
3   Fresno, California 93704
    Telephone: (559) 248-4820
4   Facsimile: (559) 248-4830

5   Attorneys for Plaintiff,
    TEXTRON FINANCIAL CORPORATION,
6   a Delaware corporation

7

8                   UNITED STATES DISTRICT COURT

9         EASTERN DISTRICT OF CALIFORNIA - FRESNO DIVISION

10  TEXTRON FINANCIAL                    Case No.:      1:05-CV-00544-OWW-
    CORPORATION, a Delaware corporation, LJO (NEW DJ)
11
12                    Plaintiff(s),      **NOTICE OF DISMISSAL BY
                                         PLAINTIFF [Rule 41(a)(1) F.R.Civ.P.
13       v.                              AND ORDER THEREON**

14  WILLIAM R. DOWLING, an individual,

15                    Defendant.

16

17       PLEASE TAKE NOTICE:

18       The above-entitled action is hereby dismissed by the plaintiff; pursuant to Rule 41(a)(1)

19  of the Federal Rules of Civil Procedure.

20  Dated: July 13, 2006                 COLEMAN & HOROWITT, LLP

21

22                                       /s/  ROBERT E. BLUE,
                                         Attorneys for Plaintiff, TEXTRON
23                                       FINANCIAL CORPORATION, a
                                         Delaware corporation
24
    IT IS SO ORDERED.
25
    **Dated:   July _____, 2006**        **/s/ Oliver W. Wanger**
26  emm0d6                               UNITED STATES DISTRICT JUDGE

27

28

                                    1